UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    Case No.  5:19cr77/TKW

KYLE MARTIN HUDSON

---

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate

Judge, to which there have been no timely objections, and subject to this Court's

consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty

of the Defendant, KYLE MARTIN HUDSON, to Counts One and Six of the

Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for

sentencing as directed.

**DONE and ORDERED** this _____ day of December 2019.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**